## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA.

APRIL MUDD, JESSICA
WHITEHEAD, AND
BRIANCA ARNOLD,

      Plaintiffs,

v.                          Case No.: 1:12-cv-385

VMJ INC.; JMV, INC.; VMJ LLC.;
J. & V. RESTAURANT AND LOUNGE, INC.;
SHELLCO, INC.; VELCO, INC.;
VELCO FINANCIAL, INC.; JOHN VELLIANITIS;
AND JEREMY VELLIANITIS,

      Defendants.

                                      /

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF SETTLEMENT AND ATTORNEY'S FEES AND COSTS

COMES NOW the Plaintiffs, APRIL MUDD and JESSICA WHITEHEAD, by and through undersigned counsel, and hereby request an extension of time to file the Motion for Approval of Settlement and Attorney's Fees and Costs, and would state as follows:

1. On February 20, 2013, the parties entered into a settlement agreement during mediation.

2. On February 26, 2013, this Court entered an Order [DOC. 40] vacating the Order Dismissing Case [DOC. 39] and directed the parties to file a joint motion for approval of settlement on or before March 19, 2013.

3. On March 19, 2013, counsel for the Defendants contacted the undersigned to advise of his firm's termination from this matter and of the Defendants' adverse position concerning the Settlement Agreement.

4. It is the Plaintiffs' understanding the Defendant advised he would be filing for bankruptcy; however, it is unknown if this bankruptcy will be individual or corporate bankruptcy, and what Defendants said bankruptcy will include.

5. A Motion regarding Defendant's counsel's withdrawal was filed on March 19, 2013. [DOC. 41].

6. As such, the undersigned is requesting an extension of time in the amount of ten (10) days to file the required Motion for Approval of Settlement with this Court.

7. No party to this matter will be prejudiced by this extension.

**WHEREFORE**, Plaintiffs request an extension of time in the amount of ten (10) days in order to file the joint Motion for Approval of Settlement.

*/s/ Jeremiah J. Talbott* _____
JEREMIAH J. TALBOTT, ESQ
JEREMIAH J. TALBOTT, P.A.
900 East Moreno Street
Pensacola, Florida 32503
(850) 437-9600 (Voice)/(850) 437-0906 (Fax)
Fla. Bar No. 0154784
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic filing to **Richard Beckish, Esquire, Liberis Law Firm, P.A.,** 212 West Intendencia Street, Pensacola, FL 32502, and the **Defendants**, 4664 Airport Blvd., Mobile, AL 36608**,** on this 19th day of March, 2013.

Respectfully Submitted,

*/s/ Jeremiah J. Talbott* _____
JEREMIAH J. TALBOTT, ESQ.