IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| APRIL MUDD and JESSICA WHITEHEAD, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 12-0385-CG-B ) |
| VMJ, INC, JMV, INC.; VMJ, LLC.; J. & V. RESTAURANT AND LOUNGE, INC.; SHELLCO, INC., VELCO, INC.; VELCO FINANCIAL, INC.; JOHN VELLIANITIS; and JEREMY VELLIANITIS. | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the Motion to Withdraw as counsel for the defendants filed by Attorneys Megan Alexander and Richard Beckish (Doc. 41), and the Plaintiffs' Motion for Extension of Time to File Motion for Approval of Settlement and Attorney's Fees and Costs (Doc. 42).

While the individual defendants are permitted to appear before the court on their own behalf, corporations are prohibited from appearing in federal court without counsel, See e.g., Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985).  The court will grant defense counsels' motion to withdraw once another attorney files a notice of appearance for the corporations.

Upon due consideration of the representations of counsel in the plaintiffs' motion for extension, the court herby **GRANTS** said motion.  However, the court

will extend the deadline for the parties to submit a joint motion for approval of settlement for a period of thirty days to allow the defendants an opportunity to retain new counsel.

The parties shall file the motion for approval of settlement **no later than April 22, 2013.** The clerk is directed to mail a copy of this Order to defendants at the address provided in the motion to withdraw.

**DONE and ORDERED** this 20th day of March, 2013.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE

2